September 25, 2009

Mr. Joseph R. Knight
Baker & Botts, L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4039

Mr. Coyt Randal Johnston
Johnston * Tobey, P.C.
3308 Oak Grove Avenue
Dallas, TX 75204
Honorable James R. Jordan
160th District Court
600 Commerce Street
6th Floor, Room 610B
Dallas, TX 75202

Mr. Jay Rodney Stucki
Hulse Stucki, PLLC
2912 W. Story Road
Irving, TX 75038

RE: Case Number: 09-0806
 Court of Appeals Number: 05-09-01126-CV
 Trial Court Number: 08-12816

Style: IN RE MEDICALEDGE HEALTHCARE GROUP, P.A., ET AL.

Dear Counsel:

 The Supreme Court of Texas granted the Emergency Motion for Temporary
Relief and issued the enclosed stay order in the above-referenced case.
The Court requests that real party in interest file a response to the
petition for writ of mandamus in the above-referenced case. The response
is due to be filed in this office no later than 3:00 p.m., October 12,
2009. PLEASE NOTE Tex. R. App. P. 9.2(b), does not apply. There is no
filing fee associated with this requested response.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |
| |Mr. Mark S. |
| |Werbner |
| |Mr. John D. |
| |Rosenberg |